UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODULIO A. PADILLA SARMIENTO,<br><br>    Petitioner,<br><br>    vs.<br><br>ERIC. H. HOLDER, JR.,<br><br>    Respondent.<br>_____/ | 1:11-cv-00553-OWW-SKO  (HC)<br><br>ORDER DEEMING MOTION TO CITE CASE  TO BE SUPPLEMENTAL BRIEFING (DOCUMENT #10)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL (DOCUMENT #11) |

On April 12, 2011, Petitioner filed a motion to cite a case before judgment was made with respect to the petition for writ of habeas corpus filed by Petitioner in this action on April 4, 2011.  The Court DEEMS this motion to be supplemental briefing submitted by Petitioner in support of the petition.

On April 15, 2011, Petitioner filed a motion requesting the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).  However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.  In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time.  Accordingly, IT IS HEREBY

1 ORDERED that Petitioner's motion for the appointment of counsel is DENIED.

2 IT IS SO ORDERED.

3 Dated:   April 25, 2011               /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE